UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PENNY MARIE O'NEAL,<br><br>                Plaintiff,<br><br>     v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                Defendant. | CASE NO. 2:19-cv-00782-BAT<br><br>**ORDER REVERSING AND REMANDING** |

Pursuant to the stipulation of the parties (Dkt. 15), this case is **reversed and remanded** for further administrative proceedings. On remand, the Appeals Council will direct the Administrative Law Judge ("ALJ") to further develop the record and issue a new decision for the period prior to November 19, 2017. The Appeals Council will instruct the ALJ to reevaluate the opinion evidence, including the opinions by Dr. Mitchell, Dr. Nestler and Dr. Rea, in light of the entire record; reevaluate Plaintiff's subjective complaints; reassess whether Plaintiff's impairments, singly or in combination meet or equal a listing and whether her substance and alcohol abuse disorder is material to the finding, in accordance with Social Security 13-2p; and, as needed, proceed with the sequential evaluation process. Medical expert evidence or supplemental vocational expert evidence may also be obtained.

This remand is made pursuant to sentence four of 42 U.S.C. § 405(g). The parties have further stipulated that reasonable attorney fees and costs will be awarded under the Equal Access to Justice Act, 28 U.S.C. § 2412, upon proper request to the Court.

DATED this 21st day of January, 2020.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER REVERSING AND REMANDING - 2